Civil Action No. 24-cv-00733-JPH-CSW

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

CAMSHAFT CAPITAL FUND, LP; CAMSHAFT CAPITAL ADVISORS, LLC; and CAMSHAFT CAPITAL MANAGEMENT, LLC,

*Applicants-Appellants*,

v.

BYJU'S ALPHA, INC.,

*Respondent-Appellee*.

Case No. 24-mp-56003 (JJG)

Appeal from the United States Bankruptcy Court for the Southern District of Indiana

## DECLARATION OF PIETER VAN TOL

Pieter Van Tol, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner with the firm of Hogan Lovells US LLP, and this firm is counsel for Applicants-Appellants Camshaft Capital Fund, LP (the "Camshaft Fund"), Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC (collectively, "Camshaft").

2. I submit this declaration in further support of Camshaft's emergency motion (the "Motion") for a stay pending appeal from an order entered by the United States Bankruptcy Court for the Southern District of Indiana (the "Bankruptcy

Court") on April 25, 2024. Camshaft also seeks an interim stay of the order while the Court is deciding the Motion.

3. Annexed hereto as **Exhibit A** is a true and correct copy of a transcript from the Bankruptcy Court's hearing on April 25, 2024.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the Amended Complaint (without exhibits) filed by BYJU's Alpha, Inc. (the "Debtor") on February 29, 2024 in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

5. Annexed hereto as **Exhibit C** is a true and correct copy of a declaration by William Cameron Morton that was filed on April 25, 2024 in a now-discontinued action in the United States District Court for the District of Indiana captioned *Camshaft Capital Management, LLC v. Apex Fund Services (Indiana), Inc. et al.*, 24-cv-00713-JRS-MG.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the notice of subpoena filed by the Debtor on April 4, 2024 in the Delaware Bankruptcy Court.

7. Annexed hereto as **Exhibit E** is a true and correct copy of an email exchange between counsel for Camshaft, Debtor, and non-party Apex Funds Services (Indiana), Inc.

8. Annexed hereto as **Exhibit F** is a true and correct copy of a brochure prepared by Camshaft relating to the Camshaft Fund.

9. Annexed hereto as **Exhibit G** is a true and correct copy of the Stipulated Confidentiality Agreement and Protective Order entered in the Delaware Bankruptcy Court on April 16, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Pieter Van Tol*
Pieter Van Tol