# EXHIBIT E

## Van Tol, Pieter

| | |
|---|---|
| **From:** | Robert G. Heim <rheim@tarterkrinsky.com> |
| **Sent:** | Monday, April 29, 2024 4:00 PM |
| **To:** | Jianjian Ye; Benjamin Finestone; Van Tol, Pieter |
| **Cc:** | Massey, David B |
| **Subject:** | Re: meet and confer re Apex subpoena |

**[EXTERNAL]**

Pieter,

Please let me know if you want to meet and confer today. As noted below Quinn Emanuel is insisting that Apex make the production today. Apex will designate the production as for attorneys eyes only and will follow the modifications made to the subpoena in Court in last Friday's conference.



**Robert G. Heim|Partner**
T: 212-216-1131|F: 212-216-8001
rheim@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

---

**From:** Jianjian Ye <jianjianye@quinnemanuel.com>
**Sent:** Monday, April 29, 2024 3:29 PM
**To:** Robert G. Heim <rheim@tarterkrinsky.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Massey, David B <david.massey@hoganlovells.com>
**Subject:** [EXT] RE: meet and confer re Apex subpoena

Robert,

We will make ourselves available to meet and confer at any time this afternoon and evening, as a courtesy to you and Apex.

However, this meet and confer is not a prerequisite to Apex's compliance with the subpoena and production of documents under Rule 45. And we have made it clear that Mr. Van Tol misrepresented to you and to the court that Judge Graham ever ordered this meet-and-confer. In any event, Apex's legal obligation under Rule 45 to promptly comply with the subpoena and produce documents cannot be excused by its intention to meet and confer with Camshaft. And we note that Apex has already missed its compliance deadline, which we have extended from April 18 to April 24.

We have a status conference with the Bankruptcy Court for the District of Delaware tomorrow and will raise this issue as well as Camshaft's continuing attempt to delay and obstruct discovery at the hearing, if Apex does not comply with its legal obligation under the subpoena.

Best,

**Jianjian Ye**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7573 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jianjianye@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Robert G. Heim <rheim@tarterkrinsky.com>
**Sent:** Monday, April 29, 2024 2:26 PM
**To:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Massey, David B <david.massey@hoganlovells.com>
**Subject:** Re: meet and confer re Apex subpoena

**[EXTERNAL EMAIL from rheim@tarterkrinsky.com]**

All,

I have received the transcript and am ready to speak with Hogan Lovells about the production. Can we do that this afternoon or this evening? I am free anytime except from 4 to 5 pm.



**Robert G. Heim|Partner**
T: 212-216-1131|F: 212-216-8001
rheim@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn

*Crain's 2022 best places to work in NYC*

**From:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Sent:** Thursday, April 25, 2024 8:00 PM
**To:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Robert G. Heim <rheim@tarterkrinsky.com>; Massey, David B <david.massey@hoganlovells.com>
**Subject:** [EXT] RE: meet and confer re Apex subpoena

When will you meet and confer tomorrow? You pick the time.
I repeat that you are acting in bad faith.

Ben Finestone
(917) 846 3228

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Thursday, April 25, 2024 7:59 PM
**To:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Cc:** Jianjian Ye <jianjianye@quinnemanuel.com>; Robert G. Heim <rheim@tarterkrinsky.com>; Massey, David B <david.massey@hoganlovells.com>
**Subject:** Re: meet and confer re Apex subpoena

[EXTERNAL EMAIL from pieter.vantol@hoganlovells.com]

Ben —

Robert was not at the hearing; he needs the transcript to see what was actually ordered so we can have an effective meet and confer before any production.

At the hearing, the Judge repeatedly recognized Camshaft's confidentiality concerns, which is why we need a meet and confer (based on the transcript).  We also don't accept your characterizations below of the various requests and the Court's orders.  The parties must be guided by what the Judge ordered as opposed to what they recall.  Finally, we reserve all rights on the designations issue.

As for the claptrap in your opening paragraph, I will ignore it, just like I do with all your bluster, insults and postering.  Save it for someone else.

Pieter

> On Apr 25, 2024, at 7:04 PM, Benjamin Finestone <benjaminfinestone@quinnemanuel.com> wrote:
>
> **[EXTERNAL]**
> This is bad faith.  You were at the hearing.  You know exactly what was ordered.  You are a human being not a robot.
>
> Robert, we expect production without delay, pursuant to the subpoena, and we reserve all rights.  At a minimum, production should be made pursuant to document requests 1 and 4-11 for which even Pieter will not contest were endorsed and approved.
>
> And, again, we will treat all documents as AEO for 7 days and confidential for 7 days thereafter providing Camshaft every opportunity to raise issues.
>
>
> Ben Finestone
> (917) 846 3228
>
> **From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
> **Sent:** Thursday, April 25, 2024 7:00 PM
> **To:** Jianjian Ye <jianjianye@quinnemanuel.com>
> **Cc:** Robert G. Heim <rheim@tarterkrinsky.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>; Massey, David B <david.massey@hoganlovells.com>
> **Subject:** Re: meet and confer re Apex subpoena

3

[EXTERNAL EMAIL from pieter.vantol@hoganlovells.com]

We reserve all rights, but, at a minimum, we need a transcript rather than just the recap below.  The transcript is the order and we have to review it first.

> On Apr 25, 2024, at 6:11 PM, Jianjian Ye <jianjianye@quinnemanuel.com> wrote:
>
> **[EXTERNAL]**
> Robert,
>
> Thank you.  We are available to meet and confer during any of time windows you suggested.  Pieter – what is your availability?
>
> As requested, below please find the modified subpoena requests as approved by Judge Graham during the hearing today.
>
> 1. No change.
> 2. Revised to those that are in effect while the fraudulent transfers occurred.  Since the Debtor alleged fraudulent transfers occurred in April and July of 2022, March 2023, and February 2024, we ask for those LP agreements that are in effect during those times.  The Debtor reserves the right to seek additional documents to the extent that more fraudulent transfers are identified.
> 3. Revised to add a date qualifier (Jan. 1 2022 to the present) and limit to those that relate to Byju Raveendran, Riju Ravindran, Divya Gokulnath, Pravin Prakash, the Debtor, Inspilearn, BYJU's and any affiliates thereof.  We will follow up with a document containing BYJU's affiliates that we are currently aware of, and reserve the right to seek additional documents as we come to learn more about BYJU's affiliates.
> 4. No change.
> 5. No change.
> 6. No change.
> 7. No change.
> 8. No change.
> 9. No change.
> 10. No change.
> 11. No change.
> 12. Revised to add a date qualifier (Jan. 1 2022 to the present) and limit to those that relate to Byju Raveendran, Riju Ravindran, Divya Gokulnath, Pravin Prakash, the Debtor, Inspilearn, BYJU's and any affiliates thereof.  We will follow up with a document containing BYJU's affiliates that we are currently aware of, and reserve the right to seek additional documents as we come to learn more about BYJU's affiliates.
> 13. Revised to add a date qualifier (Jan. 1 2022 to the present) and limit to those that relate to Byju Raveendran, Riju Ravindran, Divya Gokulnath, Pravin Prakash, the Debtor, Inspilearn, BYJU's and any affiliates thereof.  We will follow up with a document containing BYJU's affiliates that we are currently aware of, and reserve the right to seek additional documents as we come to learn more about BYJU's affiliates.

Best,

**Jianjian Ye**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7573 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jianjianye@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Robert G. Heim <rheim@tarterkrinsky.com>
**Sent:** Thursday, April 25, 2024 5:22 PM
**To:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Jianjian Ye <jianjianye@quinnemanuel.com>
**Cc:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Subject:** Re: meet and confer re Apex subpoena

[EXTERNAL EMAIL from rheim@tarterkrinsky.com]

On today's call in the TRO matter Mr. Van Tol represented that the Bankruptcy Court judge wanted the parties to meet and confer about Apex's production.  I don't want to have separate meet and confers.  Please let me know when the parties are both available  to meet and confer.

As of now I am available anytime this evening and generally free tomorrow except between 10 and 10:30 am.

Mr. Van Tol are you available this evening?

If any of the subpoena requests were modified at today's bankruptcy court hearing please let me know as soon as possible.

<image001.png>   **Robert G. Heim|Partner**
T: 212-216-1131|F: 212-216-8001
rheim@tarterkrinsky.com|Bio
Tarter Krinsky & Drogin LLP
1350 Broadway|New York|NY|10018
www.tarterkrinsky.com|LinkedIn
*Crain's 2022 best places to work in NYC*

5

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Thursday, April 25, 2024 5:12 PM
**To:** Jianjian Ye <jianjianye@quinnemanuel.com>
**Cc:** Robert G. Heim <rheim@tarterkrinsky.com>; Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Subject:** [EXT] Re: meet and confer re Apex subpoena

I'm not available at 5:30 pm.

> On Apr 25, 2024, at 5:05 PM, Jianjian Ye <jianjianye@quinnemanuel.com> wrote:
>
> **[EXTERNAL]**
> Thank you Robert. Will send around a dial-in. Pieter, feel free to forward the invite to your team if they want to join.
>
> Best,
>
> **Jianjian Ye**
> *Associate*
> Quinn Emanuel Urquhart & Sullivan, LLP
>
> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> 212-849-7573 Direct
> 212-849-7000 Main Office Number
> 212-849-7100 FAX
> jianjianye@quinnemanuel.com
> www.quinnemanuel.com
>
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
> **From:** Robert G. Heim <rheim@tarterkrinsky.com>
> **Sent:** Thursday, April 25, 2024 5:03 PM
> **To:** Jianjian Ye <jianjianye@quinnemanuel.com>; pieter.vantol_hoganlovells.com <pieter.vantol@hoganlovells.com>
> **Cc:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
> **Subject:** Re: meet and confer re Apex subpoena
>
> **[EXTERNAL EMAIL from rheim@tarterkrinsky.com]**
>
> Yes 5:30 pm works for me.

| [image001.png] | **Robert G. Heim|Partner**<br>T: 212-216-1131|F: 212-216-8001<br>rheim@tarterkrinsky.com|Bio<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway|New York|NY|10018<br>www.tarterkrinsky.com|LinkedIn<br>*Crain's 2022 best places to work in NYC* |
|---|---|

---

**From:** Jianjian Ye <jianjianye@quinnemanuel.com>
**Sent:** Thursday, April 25, 2024 4:59 PM
**To:** pieter.vantol_hoganlovells.com <pieter.vantol@hoganlovells.com>; Robert G. Heim <rheim@tarterkrinsky.com>
**Cc:** Benjamin Finestone <benjaminfinestone@quinnemanuel.com>
**Subject:** [EXT] meet and confer re Apex subpoena

Pieter,

Judge Graham did not ask the Apex to meet and confer with Camshaft *before* Apex makes its production in compliance with the subpoena—so your representation to Judge Garcia and Robert was factually incorrect. Moreover, any alleged confidentiality concern is addressed by the Debtor's commitment to designate all Apex production as AEO for 7 days, during which time Camshaft can review and re-designate. As such, the Debtor objects to any attempt by Camshaft to delay or obstruct Apex's production of documents.

That said, we are willing to meet and confer so the parties are aligned on the requests as modified by the Judge Graham. In light of the urgency of this matter, we would like to meet and confer asap. We are available any time this afternoon and evening. Robert/Pieter – does 5:30 PM work for you?

Best,

**Jianjian Ye**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7573 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
jianjianye@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

<~WRD0004.jpg>

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Tarter Krinsky & Drogin is fully operational in-person. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically. Please contact our receptionist at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.