Civil Action No. 24-cv-00733-JPH-CSW

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAMSHAFT CAPITAL FUND, LP; CAMSHAFT CAPITAL ADVISORS, LLC; and CAMSHAFT CAPITAL MANAGEMENT, LLC, | |
| *Applicants-Appellants*, | Case No. 24-mp-56003 (JJG) |
| v. | Appeal from the United States Bankruptcy Court for the Southern District of Indiana |
| BYJU'S ALPHA, INC., | |
| *Respondent-Appellee*. | |

## **CAMSHAFT'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**

Applicant-Appellants Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC (collectively, "Camshaft") respectfully submits this Motion to File Certain Exhibits Under Seal (the "Motion"), pursuant to United States District Court for the Southern District of Indiana Local Rule 5-11, and requests the Court enter an order substantially in the form of **Exhibit A** attached hereto. As detailed further in Camshaft's accompanying brief, the Motion seeks to seal certain exhibits that are enumerated in Camshaft's brief.

1

Dated: May 8, 2024

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER LLP**<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204<br>Tel.: (317) 713-3500<br>Fax: (317) 713-3699<br>Ann McCready<br>(Ind. Att'y No. 32836-53)<br>amccready@taftlaw.com | **HOGAN LOVELLS US LLP**<br><br>*/s/ Pieter Van Tol*<br><br>390 Madison Avenue<br>New York, NY 10017<br>Phone: (212) 909-0661<br>Fax: (212) 918-3100<br>Pieter Van Tol (admitted *pro hac vice*)<br>Elizabeth Carter<br>Arthur Herskowitz<br>pieter.vantol@hoganlovells.com<br>elizabeth.carter@hoganlovells.com<br>arthur.herskowitz@hoganlovells.com |

*Counsel for Appellants*

2